**STATE** of Missouri, Respondent,

v.

Ray **BASYE**, Appellant.

Nos. WD 50444, WD 52658.

Missouri Court of Appeals,
Western District.

Oct. 15, 1996.

---

**1.** All references are to Missouri Rules of Court, 1996, unless otherwise indicated.

Ellen H. Flottman, Columbia, for appellant.

Jeremiah Nixon, Attorney General, Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction of criminal nonsupport, § 568.040.4, RSMo Cum.Supp., 1993, as well as denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b), and 84.16(b).